IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN J. ROBBINS,              )
                                )
     Plaintiff,                 )
                                )
v.                              )   CASE NO. CV415-203
                                )
JUDGE GEORGE R. SMITH, United   )
States Magistrate Judge;        )
ALDERMAN VAN JOHNSON; and       )
MAYOR EDNA JACKSON,             )
                                )
     Defendants.                )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which objections have been filed (Doc. 16). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant Smith's Motion to Substitute Party (Doc. 4) and Motion to Dismiss (Doc. 5) are **GRANTED**, Defendant Johnson and Jackson's Motion to Dismiss (Doc. 6) are also **GRANTED**, and Plaintiff's Motion for Hearing (Doc. 8) is **DENIED**.

The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of October 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA