# United States District Court
## *Southern District of Georgia*

Kelvin J. Robbins,

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV415-203,

Alderman Van Johnson, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated 10/2/15, adopting the Magistrate Judge's Report and

Recommendation, judgment is hereby entered dismissing the case.

| | |
|---|---|
| 10/2/15 | Scott L. Poff |
| Date | Clerk |
| | (By) Deputy Clerk |